NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ERROL P. CROSSDALE, as trustee )
of the KCKC Financial Living Trust, )
                                )
        Appellant, )
                                )
v. )        Case No. 2D17-4254
                                )
MICHAEL A. CROSSDALE, )
                                )
        Appellee. )
_____)

Opinion filed May 18, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Lee County;
Jay B. Rosman, Judge.

Walter Bell, Jacksonville, for Appellant.

Mark A. Ebelini of Knott Ebelini Hart, Fort
Myers, for Appellee.


PER CURIAM.


        Affirmed.


VILLANTI, CRENSHAW, and BLACK, JJ., Concur.